THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CYNTHIA D. MOHRMANN and ROBERT MOHRMANN, wife and husband, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation doing business in Washington,<br><br>Defendant. | CAUSE NO. 3:20-CV-05918-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>NOTED FOR: MAY 24, 2021<br><br>*[Clerk's Action Required]* |

## ORDER OF DISMISSAL

THIS MATTER having come before the Court on the stipulation filed herewith pursuant to FRCP 41(a)(1)(a) for the dismissal with prejudice of all claims brought by Plaintiffs or that could have been brought by Plaintiff in the above-captioned action; and the Court being fully advised; now therefore:

ORDER GRANTING STIPULATED MOTION TO DISMISS
(CAUSE NO. 3:20-CV-05918-RSM)- Page 1

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

IT IS HEREBY ORDERED that all claims that were brought, or that could have been brought, by Plaintiffs in the above-captioned matter shall be, and hereby are, DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 25th day of May, 2021.

*Signature*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented By;*

HOLT WOODS & SCISCIANI, LLP

By: *s/Kelsey L. Shewbert*
By: *s/Kaytlin L. Carlson*
Kelsey L. Shewbert, WSBA No. 51214
kshewbert@hwslawgroup.com
Kaytlin L. Carlson, WSBA No. 52606
kcarlson@hwslawgroup.com
Attorneys for Defendant

Mano, Paroutaud, Groberg & Ricks

By: *s/Bart J. Ricks*
Bart J. Ricks 42390
bart@chehalislaw.com
Attorney for Plaintiff

ORDER GRANTING STIPULATED MOTION TO DISMISS
(CAUSE NO. 3:20-CV-05918-RSM)- Page 2